UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

Douglas R. Dollinger,

       Plaintiff,

-against-

Joseph R. Cellura, et al.,

       Defendants.

------------------------------------------------------------x

05 Civ. 3097 (CM)

ORDER

McMahon, J.:

On December 14, 2012 at 10:00 a.m., the Court held a Rule 16 conference. Only counsel for Defendant Ben-Zvi & Beck, LLP appeared.

It appears that the only additional parties that remain in this case are Plaintiff Douglas R. Dollinger, who was once represented by Douglas M. Jones, and Defendant Joseph R. Cellura, represented by August Charles Venturini. It is unclear whether Mr. Jones continues to represent Plaintiff Dollinger.

This case is re-scheduled for conference January 11, 2013 at 10:30 a.m. before Judge McMahon in Courtroom 14C at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York. If the parties fail to appear, the case will be dismissed with prejudice.

Dated: December 17, 2012

1

Copies _____ ended to counsel on 12/17/12

_____
U.S.D.J.

BY FIRST CLASS MAIL TO PLAINTIFF

BY ECF AND FIRST CLASS MAIL TO ALL COUNSEL

2