UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DOUGLAS R. DOLLINGER,

                Plaintiff,                05 Civ. 3097 (CM)

    -against-

JOSEPH R. CELLURA, et al.,

                Defendants.

------------------------------------------------------------x

## ORDER

McMahon, J.:

    On December 17, 2012, I issued an order (Docket No. 46), warning Plaintiff Dollinger that if he failed to appear before me on January 11, 2013 at 10:30 AM, I would dismiss his case with prejudice. At the appointed time, only counsel for Defendant Ben-Zvi & Beck, LLP appeared.

    Accordingly, this case is dismissed with prejudice. The Clerk of the Court is directed to close this case.

Dated: January 11, 2013

                                                        U.S.D.J.

BY FIRST CLASS MAIL TO PLAINTIFF

BY ECF AND FIRST CLASS MAIL TO ALL COUNSEL